JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beauty Business Builder, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Skin Gym, Inc., a California corporation; J.C. Penney Co., Inc. a Delaware corporation; Ulta Salon, Cosmetics & Fragrance, Inc., a Delaware corporation; Bloomingdale's, LLC, an Ohio limited liability company; Bloomingdales.com, LLC, an Ohio limited liability company; Sephora USA, Inc., a Michigan corporation; Urban Outfitters, Inc. a Pennsylvania corporation d/b/a Anthropologie; Planet Beauty, Inc., a California corporation; Bliss Beauty Center, LLC, a California Limited liability company,<br><br>　　　　　Defendants. | Case No. 2:22-cv-03352-RSWL-GJSx<br><br>(Assigned to the Honorable Ronald S.W. Lew)<br><br>ORDER OF DISMISSAL OF ACTION<br><br><br><br><br><br><br><br>Action Filed:　　May 17, 2022<br>Pre-Trial Conf.:　August 8, 2023<br>Trial Date:　　　September 5, 2023 |
| AND RELATED COUNTERCLAIM. | |
| AND RELATED THIRD-PARTY COMPLAINT. | |

[Proposed] ORDER OF DISMISSAL OF ACTION

1  Pursuant the Joint Stipulation re Dismissal by and between Plaintiff/Counter-Defendant Beauty Business Builder, LLC; Defendant/Counterclaimant/Third-Party Plaintiff Skin Gym, Inc.; Defendants Penney OpCo, LLC, Ulta Salon, Cosmetics & Fragrance, Inc., Bloomingdale's, LLC, Bloomingdales.com, LLC, Urban Outfitters, Inc., Planet Beauty, Inc., Bliss Beauty Center, LLC; and Third-Party Defendants DMH Aesthetics, LLC, Danny Holbus, Poosh, LLC, and Thirteen Lune, Inc. (collectively, "the Parties"), by and through their undersigned counsel of record, that the entire above-captioned action be dismissed, with prejudice, with the Parties to bear their own respective attorneys' fees and costs incurred in the above-captioned action, the Court enters the following:

IT IS ORDERED, ADJUDGED and DECREED that the above-captioned action is DISMISSED IN ITS ENTIRETY AND WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all Parties shall bear their own respective costs and attorneys' fees.

Dated: February 23, 2023          /S/ RONALD S.W. LEW
                                  Hon. Ronald S.W. Lew
                                  United States District Judge